UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 13-00781-CJC(RNBx)            Date: May 29, 2013

Title: U.S. BANK NATIONAL ASSOCIATION V. JACOB A. ZEPEDA, ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                   None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

      On May 20, 2013, the Court issued an Order to Show Cause ("OSC") why this action should not be remanded to state court for lack of subject matter jurisdiction. (Dkt. No. 5.) The Court expressed concern that the "forum defendant" rule may apply to bar removal and that all defendants did not join in the notice of removal. The Court ordered removing defendants Timothy Lee Hirou and Nora Regina Hirou (together, "the Hirous") to file an opposition to the OSC by May 28, 2013. The Hirous have failed to respond. Accordingly, this action is **REMANDED** to Orange County Superior Court. The Hirous' pending motion to quash/dismiss, (Dkt. No. 3), set for hearing on June 17, 2013, and Plaintiff U.S. Bank N.A.'s motion to remand, (Dkt. No. 6), set for hearing on July 1, 2013, are **DENIED AS MOOT**.

jmc

MINUTES FORM 11
CIVIL-GEN                                                                    Initials of Deputy Clerk MU